```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/12/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGORY MANGO,

                Plaintiff,

-against-

G/O MEDIA, INC.,

                Defendant.

1:21-cv-6499-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    Plaintiff initiated this action by filing a complaint on July 30, 2021. [ECF No. 1]. A certificate of service of summons and complaint was filed on the docket on August 24, 2021. [ECF No. 7]. According to that summons, Defendant's responses to the complaint were due September 9, 2021. [ECF No. 6]. No responses were filed, and Plaintiff has not prosecuted this case to date.

    Accordingly, IT IS HEREBY ORDERED that any motion for entry of a default judgment shall be filed by October 22, 2021. Plaintiff is directed to follow the procedures applicable to default judgments under the Court's Individual Rules and Practices for Civil Cases, available at the Court's website. Failure to move for a default judgment by October 22, 2021 may result in dismissal of this action for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001).

**SO ORDERED.**

**Date: October 12, 2021**
       **New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**